UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

JEROME CAMERON, as Administrator of the Estate of
EILEEN CAMERON, deceased,

Plaintiff,

**08 CV: 01139**

For an Order Pursuant to 28 U.S.C. Section 1361
Compelling Defendants to Perform A Duty Owed to
Plaintiff and Awarding Attorneys' Fees and Costs

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
RULE 41(A)**

-against-

UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES (HEALTH CARE FINANCING
ADMINISTRATION,

Defendant.

------------------------------------------------------------------------X

Plaintiff, by his attorneys, SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO

P.C., as and for a Notice of Voluntary Dismissal pursuant to Rule 41(a), states:

Pursuant to Rule 41(a), plaintiff hereby voluntary discontinues the above-referenced

action without prejudice, costs and/or disbursements.

Dated: New York, New York
       April 10, 2008

Respectfully submitted,

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.

By:_____
    Eric K. Schwarz (ES-5496)
    Attorneys for Plaintiff
    120 Broadway
    New York, New York 10271
    (212) 732-9000

TO:   U.S. Attorney's Office, SDNY
       Attorneys for the defendant
       86 Chambers Street, 3rd Floor
       New York, NY 10007
       Attn: Tomoko Onozawa, Esq.