UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEROME CAMERON, as Administrator of the Estate of
EILEEN CAMERON, deceased,

                                        Plaintiff,

                                                                                              **08 CV: 01139**

For an Order Pursuant to 28 U.S.C. Section 1361
Compelling Defendants to Perform A Duty Owed to                **NOTICE OF VOLUNTARY**
Plaintiff and Awarding Attorneys' Fees and Costs                   **DISMISSAL PURSUANT TO**
                                                                                            **RULE 41(A)**

                                -against-

UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES (HEALTH CARE FINANCING
ADMINISTRATION,

                                     Defendant.
------------------------------------------------------------------X

      Plaintiff, by his attorneys, SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C., as and for a Notice of Voluntary Dismissal pursuant to Rule 41(a), states:

      Pursuant to Rule 41(a), plaintiff hereby voluntary discontinues the above-referenced action without prejudice, costs and/or disbursements.

Dated: New York, New York
       April 10, 2008

                                                          Respectfully submitted,

                                                          SULLIVAN PAPAIN BLOCK
                                                          McGRATH & CANNAVO P.C.

                                                          By: _____
                                                             Eric K. Schwarz (ES-5496)
                                                         Attorneys for Plaintiff
                                                         120 Broadway
                                                         New York, New York 10271
                                                         (212) 732-9000

2

TO: U.S. Attorney's Office, SDNY
Attorneys for the defendant
86 Chambers Street, 3rd Floor
New York, NY 10007
Attn: Tomoko Onozawa, Esq.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) SS.:
COUNTY OF NEW YORK    )

Maria Garcia, being duly sworn, deposes and says:

I am not a party to this action. I am over 18 years of age. I have a business residence at 120 Broadway, New York, New York, 10271.

On the 10th day of April, 2008, I served the within

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)**

upon the following attorneys for the parties in this action, at the address designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

> U.S. Attorney's Office, SDNY
> Attorneys for the defendant
> 86 Chambers Street, 3rd Floor
> New York, NY 10007
> Attn: Tomoko Onozawa, Esq.

_/s/ Maria Garcia_
Maria Garcia

Sworn to before me this
10th day of April, 2008

_/s/ Dylene Schifando_
Notary Public

DYLENE SCHIFANDO
Commissioner of Deeds
No. 5-1402
Certificate Filed in New York County
Commission Expires June 19, 6/1/09

3