UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEROME CAMERON, as Administrator of the Estate of
EILEEN CAMERON, deceased,

                          Plaintiff,

For an Order Pursuant to 28 U.S.C. Section 1361
Compelling Defendants to Perform A Duty Owed to
Plaintiff and Awarding Attorneys' Fees and Costs

                         -against-

UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES (HEALTH CARE FINANCING
ADMINISTRATION,

                         Defendant.
------------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

08 CV: 01139

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
RULE 41(A)**

Plaintiff, by his attorneys, SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C., as and for a Notice of Voluntary Dismissal pursuant to Rule 41(a), states:

Pursuant to Rule 41(a), plaintiff hereby voluntary discontinues the above-referenced action without prejudice, costs and/or disbursements.

Dated: New York, New York
April 10, 2008

SO ORDERED
[signature]
USDJ
4-14-08

Respectfully submitted,

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.

By: [signature]
Eric K. Schwarz (ES-5496)
Attorneys for Plaintiff
120 Broadway
New York, New York 10271
(212) 732-9000